**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Grace Albanese,<br><br>　　　Plaintiff<br><br>v.<br><br>The Federal Bureau of Investigation,<br><br>　　　Defendant | 2:17-cv-01662-JAD-NJK<br><br>**Order Adopting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 6] |

 Pro se plaintiff Grace Albanese brings this civil rights complaint against the FBI for violations of her due process and equal protection rights, and she also applied to proceed *in forma pauperis*.[1] Magistrate Judge Koppe granted Albanese's application to proceed *in forma pauperis* and, after screening her complaint, found that Albanese failed to state a claim.[2] Judge Koppe, therefore, dismissed Albanese's complaint with leave to amend.[3] After screening Albanese's amended complaint,[4] Judge Koppe found that Albanese still failed to state a claim and concluded that further amendment would be futile.[5] Judge Koppe, therefore, recommends that I dismiss this case.[6]

 The report and recommendation was entered July 6, 2017, making July 20, 2017, the deadline to file an objection. Albanese has not filed any objection to the report and

---

[1] ECF Nos. 1, 1-1.

[2] ECF No. 3.

[3] *Id.*

[4] ECF No. 5.

[5] ECF No. 6.

[6] *Id.*

recommendation. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[7] Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Magistrate Judge Koppe's report and recommendation **[ECF No. 6] is ACCEPTED and ADOPTED**; Albanese's claims are **DISMISSED**. The Clerk of Court is directed to **CLOSE THIS CASE**.

DATED August 3, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[7] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).